UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**(Manhattan)**

| | |
|---|---|
| In Re:<br><br>AGENT PROVOCATEUR, INC., et al.,<br><br><br><br>Debtor(s). | Chapter   11<br><br>Case No.  **17-10987-mew**<br><br>(Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner and/or Managing Agent as Landlord**,** hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL  60606
Telephone: (312) 960-2940
Fax: (312) 442-6374
E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 12th day of April, 2017

                                              Respectfully submitted,

                                              /s/   Kristen N. Pate
                                              Kristen N. Pate
                                              Sr. Associate General Counsel
                                              GGP Limited Partnership, as Agent
                                              110 N. Wacker Drive
                                              Chicago, IL  60606
                                              (312) 960-2940
                                              (312) 442-6374 (fax)

## CERTIFICATE OF SERVICE

To:

**Clerk**
**U.S. Bankruptcy Court**
One Bowling Green
New York, NY 10004

**William H. Schrag**
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10019
Email: William.Schrag@ThompsonHine.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 12th day of April, 2017.
.

                                                           /s/  Julie Minnick Bowden_____
                                                            Julie Minnick Bowden