UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **AGENT PROVOCATEUR, INC.,** ) | **Case No. 17-10987-MEW** |
| ) | **Joint Administration Requested** |
| Debtor. ) | |
| <u>TAX ID #XX-XXX9441</u>           ) | |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:    The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be electronically delivered and/or mailed to creditors under Bankruptcy Rule 2002 at the following address:

>Andrew S. Conway, Esq.
>200 East Long Lake Road, Suite 300
>Bloomfield Hills, Michigan 48304
>Email address: <u>Aconway@taubman.com</u>

Dated: April 12, 2017

>Andrew S. Conway
>Attorney for the Taubman Landlords
>By:    <u>/s/ Andrew S. Conway</u>
>Andrew S. Conway
>(248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Plaza Internacional Puerto Rico LLC, commonly known as The Mall of San Juan, located in San Juan, PR; and Short Hills Associates, L.L.C., commonly known as The Mall at Short Hills, located in Millburn, NJ.

26010(0.1)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **AGENT PROVOCATEUR, INC.,** ) | **Case No. 17-10987-MEW** |
| ) | **Joint Administration Requested** |
| Debtor. ) | |
| <u>TAX ID #XX-XXX9441</u>            ) | |

**NOTICE OF FILING OF GENERAL POWER OF ATTORNEY**

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of the Taubman Landlords[1] (the "Claimants"), and on their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated January 19, 2017 (a copy of which is attached hereto as Exhibit A).

Dated: April 12, 2017           Andrew S. Conway
                                Attorney for the Taubman Landlords
                                By:      /s/ Andrew S. Conway
                                         Andrew S. Conway
                                         200 East Long Lake Road, Suite 300
                                         Bloomfield Hills, Michigan 48304
                                         (248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Plaza Internacional Puerto Rico LLC, commonly known as The Mall of San Juan, located in San Juan, PR; and Short Hills Associates, L.L.C., commonly known as The Mall at Short Hills, located in Millburn, NJ.

26010(0.1)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| AGENT PROVOCATEUR, INC., ) | **Case No. 17-10987-MEW** |
| ) | **Joint Administration Requested** |
| Debtor. ) | |
| <u>TAX ID #XX-XXX9441</u> ) | |

### CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on April 12, 2017, she served a copy of the **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

William H. Schrag, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10019

US Trustee
Office of US Trustee
US Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

/s/ Susan K. Link
Susan K. Link

Subscribed and sworn to before me,
on this 12th day of April, 2017
/s/ Deann Lynett Iloncai
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My commission expires: 3/23/21
Acting in Oakland County, MI

26010(0.1)