```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

In re                              :    Chapter 11

AGENT PROVOCATEUR, INC., et al.,   :    Case No. 17-10987 (MEW)

              Debtors.             :    (Jointly Administered)

-----------------------------------x
```

### APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Garden of Agent Provocateur, Inc., et al.:

1. China National Consumer Electrics
   & Electronics Import & Export Corp.
   No. 910, 9th Section, Jinsong, Chaoyang District
   Beijing, 100021, China
   Att: Daniel Yang
   (t) +86 139 1179 5162
   daniel.yang@tych.com.cn

2. GGP Limited Partnership
   110 North Wacker Drive
   Chicago, IL 60606
   Att: Julie Minnick
   (t) 312-960-2707
   Julie.minnick@ggp.com

3. Simon Property Group Inc.
   225 W Washington Street
   Indianapolis, IN 46204
   Att: Ronald M. Tucker
   (t) 317-263-2346
   rtucker@simon.com

Dated:  New York, New York
        May 4, 2017

                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE

By:  */s/ Serene K. Nakano*
     SERENE K. NAKANO
     Trial Attorney
     U.S. Federal Office Building
     201 Varick St., Room 1006
     New York, New York  10014
     (212) 510-0505