William H. Schrag, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York  10017-4611
Telephone:     (212) 344-5680
Facsimile:     (212) 344-6101

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **AGENT PROVOCATEUR, INC.,** *et al.,*[1] : | **Case No. 17-10987 (MEW)** |
| : | **Jointly Administered** |
| : | |
| **Debtors.** : | |

---------------------------------------------------------------x

___

### NOTICE OF JUNE 5 HEARING ON MOTION

**PLEASE TAKE NOTICE** that the above captioned debtors and debtors-in-possession (the "Debtors") in this jointly administered chapter 11 proceeding filed the below motion (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under chapter 11 of the United States Code.  The Bankruptcy Court will hear the motion on the date and time specified herein.

___

[1] The Debtors in these two chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Agent Provocateur, Inc. (9441) and Agent Provocateur, LLC (0862).

| 05/19/2017 | 97<br>(82 pgs;<br>3 docs) | Motion to Approve Debtor in Possession Financing filed by Andrew L. Turscak Jr. on behalf of Agent Provocateur, Inc. with hearing to be held on 6/5/2017 at 10:00 AM at Courtroom 617 (MEW) Responses due by 6/5/2017,. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Turscak, Andrew) (Entered: 05/19/2017) |
|---|---|---|

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the bankruptcy courthouse located at One Bowling Green, New York, NY 10004-1408, at **10:00 a.m. in Courtroom 617 on June 5, 2017**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing and filed with the Court on or before 8:00 a.m. on June 5, 2017 on the Court's Electronic Case Filing System at https://ecf.nysb.uscourts.gov/ (Login and password required) with copies delivered directly to Chambers and served upon: (i) Thompson Hine LLP, attorneys for the Debtors, at 335 Madison Avenue, 12th Floor, New York, New York 10017-461, Attn.: William H. Schrag, Esq., (ii) the Office of the U.S. Trustee; and (iii) counsel to the official committee appointed in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any party that would like to obtain a copy of the Motion should contact the undersigned at the address, e-mail, or number listed below.

Dated: May 19, 2017

Respectfully submitted,

**THOMPSON HINE LLP**

By: /s/   Andrew Turscak, Jr.
      Andrew L. Turscak, Jr.

Alan R. Lepene
*Admitted Pro Hac Vice*
Andrew L. Turscak, Jr.
*Admitted Pro Hac Vice*
James J. Henderson
*Admitted Pro Hac Vice*
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Phone: 216-566-5500
Fax: 216-566-5800
Alan.Lepene@ThompsonHine.com
Andrew.Turscak@ThompsonHine.com
James.Henderson@ThompsonHine.com

*-and-*

William H. Schrag
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone: (212) 344-5680
Facsimile: (212) 344-6101
Email: William.Schrag@ThompsonHine.com

*Attorneys for the Debtors*