William H. Schrag, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York  10017-4611
Telephone:     (212) 344-5680
Facsimile:     (212) 344-6101

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **AGENT PROVOCATEUR, INC.,**  *et al.,*[1] | : | **Case No. 17-10987 (MEW)** |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

------------------------------------------------------------x

_____

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## AGENT PROVOCATEUR, INC. (CASE NO. 17-10987)

The above captioned debtors and debtors-in-possession (the "**Debtors**") in this jointly administered chapter 11 proceeding are filing their respective Schedules of Assets and Liabilities (collectively the "**Schedules**") and Statement of Financial Affairs (collectively the "**SOFAS**") in the above captioned cases.

The Debtors' prepared the Schedules and SOFAS with the assistance of their advisors and other professionals. The Schedules and SOFAS are unaudited and subject to potential adjustment.  In preparing the Schedules and SOFAS, the Debtors relied on the financial data derived from their books and records that was available at the time of preparation.  The Debtors

---

[1] The Debtors in these two chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Agent Provocateur, Inc. (9441) and Agent Provocateur, LLC (0862).

have made reasonable efforts to ensure that the Schedules and SOFAS are as accurate and complete as possible under the circumstances. However, errors or omissions may exist. Subsequent revelations, information or discovery may result in material changes to the Schedules and SOFAS. The Debtors do not undertake any obligation or commitment beyond what is required by the Bankruptcy Code and applicable law to update the Schedules and SOFAS.

The Debtors reserve all rights to amend or supplement the Schedules and SOFAS at any time, in all respects, as may be appropriate or necessary, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFAS as to amount, valuation, liability, classification, identity of debtor. Additionally, the Debtors reserve the right to subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules or SOFAS shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, defenses, substantive consolidation, equitable subordination, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of the Bankruptcy Code, or causes of action whether such actions arise under the provisions of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**Fill in this information to identify the case:**

Debtor name  Agent Provocateur, Inc.

United States Bankruptcy Court for the: Southern                District of New York
                                                                          (State)

Case number (If known): 17-10987

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................

   $ 1,105,027.34

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................

   $ 4,987,887.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................

   $ 6,092,914.85

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.............................................

   $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   $ 12,381.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   + $ 12,278,279.68

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b

   $ 12,290,660.69

**Fill in this information to identify the case:**

Debtor name __Agent Provocateur, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): __17-10987__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?** See attached Exhibit 1 for responses to Part 1

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | ___ ___ ___ ___ | $_____ |
| 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $_____ |
|---|---|
| 4.2. | $_____ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 520,241.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $_____ |
|---|---|
| 7.2. | $_____ |

Debtor   Agent Provocateur, Inc.
         Name

Case number *(if known)* 17-10987

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:    _____  –  _____  = ........➡    $_____
                                face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:       _____  –  _____  = ........➡    $_____
                                face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

   15.1. _____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

Debtor ___Agent Provocateur, Inc._____    Case number *(if known)*_17-10987_____
       Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?** See attached Exhibit 5 for responses to Part 5.

  ☐ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.          $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Agent Provocateur, Inc.
         Name                                    Case number (if known) 17-10987

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?** See attached Exhibit 7 for responses to Part 7.

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 4,467,646.51

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Agent Provocateur, Inc.                                    Case number (if known)  17-10987
         Name

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    Agent Provocateur, Inc. _____    Case number *(if known)* 17-10987 _____
        Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?** See attached Exhibit 9 for responses to Part 9.

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 1,105,027.34

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $_____

---

Debtor    Agent Provocateur, Inc.
    Name
    Case number *(if known)* 17-10987

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  **Agent Provocateur, Inc.**          Case number *(if known)* 17-10987
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 520,241.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ in debtor's possession approximate cost value estimated to be between $1,600,000 and $2,000,000.* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,467,646.51 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 1,105,027.34 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 4,987,887.51 | ✚ 91b. $ 1,105,027.34 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $ 6,092,914.85

---

\* This amount is not included in the Debtor's assets.  See Exhibit 5.

## EXHIBIT 1

### Cash and Cash Equivalents

As of the Petition Date the Debtor had the following bank accounts:

| Account Number | Bank Name | Account Name |
|---|---|---|
| ******4473 | Wells Fargo | AP Inc. - Main |
| ******7083 | Wells Fargo | LA Main |
| ******9964 | Wells Fargo | AP Atlanta Phipps |
| ******1796 | Wells Fargo | AP Dallas North Park |
| ******6935 | Wells Fargo | AP Las Vegas Palazzo |
| ******6943 | Wells Fargo | LA NY Elizabeth St. |
| ******0450 | Wells Fargo | AP Manhasset Americana |
| ******0468 | Wells Fargo | AP Short Hills |
| ******1596 | Wells Fargo | AP LA Melrose |
| ******1604 | Wells Fargo | AP NY Mercer |
| ******1612 | Wells Fargo | AP San Francisco Geary |
| ******1620 | Wells Fargo | AP Miami Bal Harbour |
| ******4686 | Wells Fargo | AP Boston Newbury |
| ******4694 | Wells Fargo | AP Chicago Oak Street |
| ******9040 | Wells Fargo | AP NY Madison |
| ******9057 | Wells Fargo | AP LA Rodeo |
| ******8431 | Wells Fargo | AP Miami Coral Gables |

AP Inc. – Main (******4473) and LA Main (******7083) are concentration accounts.  Each day, or nearly each day, the other accounts are swept into those two accounts.  On the petition date the balances of the accounts was:

AP Inc. – Main (******4473)   $407,574.00

LA Main (******7083)          $112,667.00

Total cash in accounts:       **$520,241.00**

## **EXHIBIT 5**

### **INVENTORY**

Agent Provocateur IP Limited (previously known as SDI (Acqco 7) Limited) and Agent Provocateur Limited (previously known as SDI (Acqco 6) Limited) the entities that purchased the assets of Agent Provocateur Ltd ("APL") in the United Kingdom Administration (the "UK Buyer") claim to own the inventory located in the Debtor's stores.   Prior to the UK Buyer's acquisition of APL's assets, APL supplied inventory to the Debtor's stores pursuant to an undocumented consignment arrangement under which title was retained by APL until the point of sale.    In conjunction with the UK Buyer's acquisition of APL's assets the UK Buyer acquired all of APL's right, title and interest in such inventory.

As of the petition date the approximate value of the inventory in the Debtor's possession was between $1,600,000 and $2,000,000.

# **EXHIBIT 7**

## **OFFICE FURNITURE, FIXTURES AND EQUIPMENT**

The Debtor has the following Furniture Fixtures and Equipment:

| Description | Amount |
|---|---|
| Fixtures and Fittings, consisting of among other things, built-ins, customized product displays, shelving, and other similar items. | $4,456,052.38 |
| Computer Equipment | $10,279.80 |
| Miscellaneous Office Equipment | $700.06 |
| Setup Costs | $614.27 |
| TOTAL: | $4,467,646.51 |

## **EXHIBIT 9**

### **Locations**

The Debtor does not own any real property.  As of the petition date the Debtor conducted its business at the following locations:

675 Madison Avenue
New York, NY 10065

7961 Melrose Avenue
Los Angeles California, CA 90046

133 Mercer Street
New York, NY 10012

54 Geary Street
San Francisco, CA 94108

Bal Harbour Shops
9700 Collins Avenue, #201
Miami, FL 33154

123 Newbury Street
Boston, MA 02116

47 East Oak Street
Chicago, IL 60611

242 N. Rodeo Drive
Beverly Hills, CA 90210

Village of Merrick Park
360 San Lorenzo Ave, Suite 1502
Coral Gables, FL 33146

Phipps Plaza
3500 Peachtree Rd NE # 1017
Atlanta, GA 30326

North Park Center
8687 N. Central Expy.
Dallas, TX 75225

Americana Manhasset
2036 Northern Blvd.
Manhasset, NY 11030

The Mall at Short Hills
1200 Morris Tpke.
Short Hills, NJ 07078

1450 Ala Moana Blvd
Suite 2533
Honolulu, HI 96814

Brickell City Center
701 S. Miami Ave #154
Miami, FL 33130

Woodbury Common Premium Outlets
498 Red Apple Ct., #712
Central Valley, NY 10917

Desert Hills Premium Outlets
48650 Seminole Dr. #1138
Cabazon, CA 92230

259 Elizabeth Street
Unit 1A
New York, NY 10012

8503 Melrose Avenue
Los Angeles, CA 90069

Leasehold improvements at these locations total $801,466.00.

Additionally, in connection with the Debtor's leases it has made the below deposits. Some of these amounts may be subject to offset or other reduction.

1.) 133 MERCER STREET

| | |
|---|---|
| Rent Deposit | $74,766.59 |
| Interest on Deposit | $950.24 |
| Utilities Deposit | $1,665.00 |
| Total | $77,381,83 |

2.) Geary Street

| | |
|---|---|
| Paid in lieu of letter of credit | $60,000.00 |
| Rent Deposit | $20,000.00 |
| Utilities Deposit | $185.00 |
| Total | $80,185.00 |

3.) Bal Harbour

| | |
|---|---|
| Security Deposit | $15,166.67 |

4.) Newbury Street

| | |
|---|---|
| Security Deposit | $10,228.00 |

5.) Coral Gables

    Electricity Deposit        $771.00


6.) Melrose Avenue

    Rent Deposit        $18,300.00


7.) Elizabeth Street

    Security Deposit        $22,000.00


8.) Brickell

    Rent Deposit        $50,968.84


Total:        $303,561.34

+Leasehold Improvements    $801,466.00

Total Property:    $1,105,027.34

**Fill in this information to identify the case:**

Debtor name _____Agent Provocateur, Inc._____

United States Bankruptcy Court for the: ___Southern___  District of ___NY___
(State)

Case number (If known): ___17-10987___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Agent Provocateur, Inc. |
| United States Bankruptcy Court for the: | Southern    District of    NY |
| | (State) |
| Case number (If known) | 17-10987 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

　See Schedule E/F: Question 2 Attachment

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.3**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Agent Provocateur, Inc._____    Case number (if known)____17-10987___
     Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                    Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**

        See Schedule E/F: Question 3 Attachment

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

---

Debtor _____ Case number (if known) _____
                Agent Provocateur, Inc.                    17-10987
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor    Agent Provocateur, Inc.                                    Case number *(if known)* 17-10987
_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____<br>_____<br>_____ | Line _____<br>❏ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____ Agent Provocateur, Inc. _____  Case number (if known) _17-10987_
              Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 12,381.01 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 12,278,279.68 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 12,290,660.69 |

## SCHEDULE E/F: QUESTION 2 ATTACHMENT

| CREDITOR NAME | STREET ADDRESS | CITY | STATE | ZIP | COUNTRY | TYPE | CONTINGENT | UNLIQUIDATED | DISPUTED | CLAIM SUBJECT TO OFFSET | TOTAL CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles County Treasurer and Tax Collector | P.O. Box 54110 | Los Angeles | CA | 90054-0110 | US | Tax Claim | | Yes | Yes | | $9,395.52 |
| Dallas County | Linebarger Goggan Blair & Sampson, LLP c/o Elizabeth Weller, 2777 N Stemmons Frwy., Suite 1000 | Dallas | TX | 75207 | US | Tax Claim | | Yes | Yes | | $2,331.21 |
| New York State Dept. of Taxation & Finance | P.O. Box 5300 | Albany | NY | 12205-0300 | US | Tax Claim | | Yes | Yes | | $654.28 |
| | | | | | | | | | | | |
| | | | | | | | | | | TOTAL OF CLAIM AMOUNTS | |
| | | | | | | | | | | | $12,381.01 |

## SCHEDULE E/F: QUESTION 3 ATTACHMENT

| CREDITOR NAME | STREET ADDRESS | CITY | STATE | ZIP | COUNTRY | LAST FOUR DIGITS OF ACCOUNT NUMBER | TYPE | CONTINGENT | UNLIQUIDATED | DISPUTED | CLAIM SUBJECT TO OFFSET | TOTAL CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGENT PROVOCATEUR LIMITED | 154 Clerkenwell Road | London | N/A | EC1R 5AB | UK | 1005 | Intercompany | | | | | $7,172,472.30 |
| AGENT PROVOCATEUR LLC | 1900 Avenue of the Stars, 28th Floor | Los Angeles | CA | 90067 | US | 1096 | Intercompany | | | | | $2,099,490.00 |
| US CUSTOMS AND BORDER PROTECTION | 1100 Raymond Boulevard | Newark | NJ | 7102 | US | 1939 | Customs | | | | | $689,992.70 |
| L'AGENT | 154 Clerkenwell Road | London | N/A | EC1R 5AB | UK | 1697 | Intercompany | | | | | $386,886.33 |
| LARSTRAND COPR. / 675 MADISON LLC | 22 E 65th STREET | New York | NY | 10065 | US | 1281 | Rent | | | | | $266,641.26 |
| SLOANE TWO RODEO LLC | 9480 Dayton Way | Beverly Hills | CA | 90210 | US | 1302 | Rent | | | | | $173,339.49 |
| CHINA NATIONAL CONSUMER ELECTRICS & ELECRTONICS | No. 910, 9th Section, Jinsong, Chaoyang District | Beijing | N/A | 100021 | China | 1778 | Suppliers or Vendors | | | | | $107,787.74 |
| SHORT HILLS ASSOCIATES LLC | Department 53501, P.O. Box 6700 | Detroit | MI | 48267-0535 | US | 1773 | Rent | | | | | $106,653.72 |
| 133 MERCER STREET - LLC | 352 Seventh Ave., Floor 12 | New York | NY | 10001 | US | 1001 | Rent | | | | | $86,291.10 |
| HAMBURGER PROPERTIES | 1504 S. El Camino Way | San Mateo | CA | 94402-3022 | US | 1033 | Rent | | | | | $81,197.97 |
| PROFESSIONAL RETAIL OUTLET SERVICES LLC | 3050 Union Lake Rd., Suite 8-F | Commerce Township | MI | 48382 | US | 1728 | Suppliers or Vendors | | | | | $79,452.91 |
| NEWBURY 123 INVESTMENT LLC | 41 Winter St., Suite 60, c/o Boylston Development Corp. | Boston | MA | 02108 | US | 1109 | Rent | | | | | $73,504.92 |
| DESERT HILLS PREMIUM OUTLETS | P.O. Box 822873 | Philadelphia | PA | 19182-2873 | US | 1860 | Rent | | | | | $71,854.81 |
| GOING PLACES LLC | 1343 N. Wells St. | Chicago | IL | 60610 | US | 1170 | Rent | | | | | $70,539.93 |
| GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT LLP | 599 Lexington Avenue, 36th Floor | New York | NY | 10022-7648 | US | 1915 | Professional Services | | | | | $64,889.25 |
| BRICKELL CITY CENTRE RETAIL LLC | 799 Brickell Plaza, Suite 802 | Miami | FL | 33131 | US | 1756 | Rent | | | | | $63,347.64 |
| ALA MOANA CENTER ACQUISITION LLC | P.O. Box 860375 | Minneapolis | MN | 55486-0375 | US | 1779 | Rent | | | | | $60,509.25 |
| WOODBURY COMMON PREMIUM OUTLETS | P.O. Box 822884 | Philadelphia | PA | 19182-2884 | US | 1887 | Rent | | | | | $58,789.37 |
| Fifth Ave of LI Realty Assoc - Manhasset | 2110 Northern Boulevard, Suite #201 | Manhasset | NY | 11030-3502 | US | 1775 | Rent | | | | | $57,557.37 |
| CPI-PHIPPS LLC | P.O. Box 772842 | Chicago | IL | 60677-2842 | US | 1540 | Rent | | | | | $44,217.08 |
| THE BOWERMAN GROUP | P.O. Box 1255 | West Falmouth | MA | 02574 | US | 1500 | Rent | | | | | $39,790.00 |
| NorthPark Management Company | 8687 North Central Expressway | Dallas | TX | 75225 | US | 1751 | Rent | | | | | $35,658.96 |
| KEENPAC / Bunzl Distribution Midcentral | 6955 N Hamlin Ave | Lincolnwood | IL | 60712 | US | 1039 | Suppliers or Vendors | | | | | $34,831.25 |
| 7961 MELROSE ASSOCIATES, LLC | 7951 Melrose Ave | Los Angeles | CA | 90046 | US | 1002 | Rent | | | | | $27,234.98 |
| 259 Elizabeth Street - Katherine Chou | 408 8th Ave. Suite 206 | NYC | NY | 10001 | US | 1678 | Rent | | | | | $24,857.27 |
| BAL HARBOUR SHOPS | 9700 Collins Ave. | Bal Harbour | FL | 33154 | US | 1065 | Rent | | | | | $23,704.53 |
| CohnReznick LLP | 1900 Avenue of the Stars, 28th Floor | Los Angeles | CA | 90067 | US | 1030 | Professional Services | | | | | $23,510.62 |
| Josiko Properties | 11301 West Olympic Boulevard, Suite 306 | Los Angeles | CA | 90064 | US | 1665 | Rent | | | | | $23,224.11 |
| NUDELL ARCHITECTS | 31690 W. Twelve Mile Road | Farmington Hills | MI | 48334 | US | 1729 | Professional Services | | | | | $22,583.10 |
| DGA SECURITY SYSTEMS INC | P.O. Box 1920 | New York | NY | 10101-1920 | US | 1306 | Suppliers or Vendors | | | | | $21,222.91 |
| FISHER & PHILIPS LLP | 2050 Main Street, Suite 1000 | Irvine | CA | 92614 | US | 1531 | Suppliers or Vendors | | | | | $13,441.10 |
| KARLA OTTO INC | 543 W. 25th Street, Floor 12 | New York | NY | 10001 | US | 1534 | Suppliers or Vendors | | | | | $10,253.78 |
| CONDE NAST | P.O. Box 5350 | New York | NY | 10087-5350 | US | 1740 | Suppliers or Vendors | | | | | $8,677.59 |
| MODERN LUXURY MEDIA LLC | 3464 Momentum Place | Chicago | IL | 60689-5334 | US | 1046 | Suppliers or Vendors | | | | | $7,780.00 |
| ADR SERVICES, INC. | 915 Wilshire Blvd. | Los Angeles | CA | 90017 | US | 1914 | Suppliers or Vendors | | | | | $7,390.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WB MASON | 59 Centre Street | Brockton | MA | 02301 | US | 1763 | Suppliers or Vendors | | | $7,354.21 |
| New York State Dept. of Taxation & Finance | P.O. Box 5300 | Albany | NY | 12205-0300 | US | | Tax | Yes | Yes | $7,012.85 |
| WHITEHAUS MEDIA GROUP LLC | 1680 Michigan Ave, Suite 1013 | Miami | FL | 33139 | US | 1273 | Suppliers or Vendors | | | $6,680.00 |
| MICHILLI INC | 160 Varick Street | New York | NY | 10013 | US | 1247 | Suppliers or Vendors | | | $6,357.28 |
| Sine AV Design INC | P.O. Box 1042 | New York | NY | 212/924-5757 | US | 1638 | Suppliers or Vendors | | | $5,790.40 |
| BRINKS INCORPORATED (LA) | 555 Dividend Drive | Coppell | TX | 75019 | US | 1671 | Suppliers or Vendors | | | $4,370.89 |
| RSA CATERING LLC | 110 Glen Cove Ave. | Glen Cove | NY | 1154 | US | 1937 | Suppliers or Vendors | | | $4,214.35 |
| SAN FRANCISCO TAX COLLECTOR | P O Box 7427 | San Francisco | CA | 94120-7427 | US | 1098 | Tax | | | $3,936.71 |
| DHL EXPRESS (USA) INC | P.O. Box 60000-FILE 30692 | San Francisco | CA | 94160 | US | 1021 | Suppliers or Vendors | | | $3,890.16 |
| PIECE MANAGEMENT INC | 117 South Second St. | New Hyde Park | NY | 11040-4832 | US | 1369 | Suppliers or Vendors | | | $3,545.66 |
| MARHEN CLEANING INC | PO Box 564603 | College Point | NY | 11356 | US | 1847 | Suppliers or Vendors | | | $3,294.56 |
| Barbra Mora | 305 E. 24th Street, Apt. 3V | New York | NY | 10010 | US | 1641 | Suppliers or Vendors | | | $3,200.00 |
| Anna Lishansky - Expert Tailoring | 166 Geary St, Suite 503 | San Francisco | CA | 94108 | US | 1774 | Suppliers or Vendors | | | $3,083.44 |
| THAT'S CHIC | 607 N. Plymouth Blvd #1 | Los Angeles | CA | 90004 | US | 1929 | Suppliers or Vendors | | | $3,000.00 |
| dGi Management INC | 401 Broadway, #1106 | New York | NY | 10013 | US | 1684 | Suppliers or Vendors | | | $2,500.00 |
| ATMOSPHERE | 465 Columbus Ave Suite 305 | Valhalla | NY | 10595 | US | 1835 | Suppliers or Vendors | | | $2,500.00 |
| WATER WASTE PREVENTION CO.,INC | 49 Nassau St. | New York | NY | 10038 | US | 1464 | Suppliers or Vendors | | | $2,493.26 |
| NATIONWIDE CLEANERS | 105 Main St. | Hackenstack | NJ | 07601 | US | 1781 | Suppliers or Vendors | | | $2,353.85 |
| New Graphics | 888 S. Greenville Ave., #308 | Richardson | TX | 75081 | US | 1695 | Suppliers or Vendors | | | $2,279.84 |
| STRATUS BUILDING SOLUTIONS | 208 Passaic Avenue, Suite 4 | Fairfield | NJ | 7004 | US | 1780 | Suppliers or Vendors | | | $2,110.40 |
| S.E.B. SERVICES OF NEW YORK | 8 Revolutionary Rd. | Ossining | NY | 10562 | US | 1739 | Suppliers or Vendors | | | $2,062.12 |
| SAKS FIFTH AVENUE | P.O Box 20080 | Jackson | MS | 39289 | US | 1676 | Rent | | | $2,058.27 |
| HAWAIIAN TELECOM | P.O. Box 3978 | Honolulu | HI | 96812-3978 | US | 1825 | Utility | | | $2,025.46 |
| DALLIMORE & CO | 160 Mercer Street, Floor 2 | New York | NY | 10012 | US | 1020 | Suppliers or Vendors | | | $1,847.28 |
| H.BLOOM INC | 483 10th Ave., Floor 6 | New York | NY | 10018 | US | 1608 | Suppliers or Vendors | | | $1,786.18 |
| 24 SEVEN INC | 120 Wooster St, Floor 4 | New York | NY | 10012 | US | 1199 | Suppliers or Vendors | | | $1,778.40 |
| GERARDO P. FELIX | 1178 Eastern Pkwy, Apt C4 | Brooklyn | NY | 11213 | US | 1876 | Suppliers or Vendors | | | $1,750.00 |
| Global HR Research | 9530 Marketplace Rd., Suite 301 | Fort Myers | FL | 33912 | US | 1933 | Suppliers or Vendors | | | $1,739.25 |
| PSGE LONG ISLAND | PO Box 888 | Hicksville | NY | 11802-0888 | US | 1842 | Utility | | | $1,698.44 |
| Hubert Moore Exterminator LLC | P.O. Box 1281, Port Washington | New York | NY | 11050-7281 | US | 1762 | Suppliers or Vendors | | | $1,671.25 |
| DYNAMEX INC | 5429 LBJ Freeway, Suite 900 | Dallas | TX | 75240 | US | 1605 | Suppliers or Vendors | | | $1,612.95 |
| RETRO MAINTENANCE LLC (STADCO) | 114 East 40th St., Suite 3A | New York | NY | 10016 | US | 1340 | Suppliers or Vendors | | | $1,515.85 |
| VISUAL ADHESIVE / ANDREW BENUDIZ | 119 S. St. Andrews, PL #2 | Los Angeles | CA | 90004 | US | 1920 | Suppliers or Vendors | | | $1,500.00 |
| LAURENT F KURZ | 272 W 115 St. #2D | New York | NY | 10026 | US | 1412 | Suppliers or Vendors | | | $1,427.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA MOANA CENTER ASSOCIATION | P.O. Box 29960 | Honolulu | HI | 96820-2360 | US | 1852 | Suppliers or Vendors | | | $1,227.53 |
| 3D - Blake Barclay | 4211 Rawlins St., Unit #109 | Dallas | TX | 75219 | US | 1791 | Suppliers or Vendors | | | $1,208.75 |
| COLOREDGE | 127 West St. | New York | NY | 10001 | US | 1314 | Suppliers or Vendors | | | $1,174.34 |
| C & R BUILDING SERVICES | 101A Hickley Blvd., #176 | San Francisco | CA | 94080 | US | 1719 | Suppliers or Vendors | | | $1,140.00 |
| HOTWIRE COMMUNICATIONS | 1 Belmont Avenue, Suite 1100 | Bala Cynwyd | PA | 19004-5187 | US | 1928 | Suppliers or Vendors | | | $1,110.43 |
| SINGLE DIGITS INC | 4 Bedford Farms Dr., Suite 210 | Bedford | NH | 03110 | US | 1782 | Suppliers or Vendors | | | $1,046.46 |
| BLOOMPOP | 1400 Key Blvd., Suite 100 | Arlington | VA | 22209 | US | 1801 | Suppliers or Vendors | | | $1,038.80 |
| BARR DOOR INC | 3333 Durahart St. | Riverside | CA | 92507-3460 | US | 1907 | Suppliers or Vendors | | | $1,018.92 |
| TOSHIKO SHEK | 257 Vernon St., #101 | Oakland | CA | 94610 | US | 1930 | Suppliers or Vendors | | | $1,000.00 |
| Sherry Lehmann | 505 Park Avenue 59th Street | New York | NY | 10022 | US | 1694 | Suppliers or Vendors | | | $968.98 |
| SQUARED DESIGNS | 1253 N. Orange Grove Ave. | West Hollywood | CA | 90046 | US | 1602 | Suppliers or Vendors | | | $950.00 |
| FASTSIGNS BOSTON | 11B Second Avenue | Needham | MA | 02494 | US | 1717 | Suppliers or Vendors | | | $902.50 |
| GSD Contracting LLC | 4675 Anglers Avenue | Fort Lauderdale | FL | 33312 | US | 1879 | Suppliers or Vendors | | | $899.00 |
| Southern Califonia Edison | 1551 W. San Bernadino Rd. | Covina | CA | 91722 | US | | Utility | Yes | Yes | 895.97 |
| MIGUEL VELAZCO | 2520 Coral Way, #2-218 | Miami | FL | 33145 | US | 1873 | Suppliers or Vendors | | | $800.00 |
| Classic Party Rentals | 2310 Imperial Highway | El Segundo | CA | 90245 | US | 1645 | Suppliers or Vendors | | | $798.28 |
| STYLECAREERS | 4579 Laclede Ave., #172 | St. Louis | MO | 63108 | US | 1836 | Suppliers or Vendors | | | $798.00 |
| BUCKHEAD CLEANING & JANITORIAL SERVICES | 1413 Woodmont Lane NW, Suite A | Atlanta | GA | 30318 | US | 1628 | Suppliers or Vendors | | | $780.00 |
| CITY & COUNTY OF SF DEPT OF PULIC HEALTH | 1390 Market St., Suite 210 | San Francisco | CA | 94102 | US | 1559 | Government | | | $667.50 |
| ELBOWGREASE | 9990 Glenoaks Blvd., Suite B | Sun Valley | CA | 91352-1081 | US | 1834 | Suppliers or Vendors | | | $600.00 |
| BRIAN T. MCQUEEN | 2300 Broadway, #5 | Oakland | CA | 94612 | US | 1524 | Suppliers or Vendors | | | $600.00 |
| TENAX CLEANERS | 57s 2nd St | Banning | CA | 92220 | US | 1889 | Suppliers or Vendors | | | $573.54 |
| Graciela Rodas | 6717 Matilija Ave | Van Nuys | CA | 91405 | US | 1663 | Suppliers or Vendors | | | $560.00 |
| MASSE & TELFORD INC | 10526 FlatLands 5th Street | Brooklyn | NY | 11236 | US | 1454 | Suppliers or Vendors | | | $544.38 |
| PORT WASHINGTON WINDOW CLEANING | P.O. Box 173 | New York | NY | 11576-0173 | US | 1799 | Suppliers or Vendors | | | $543.12 |
| SIGN A RAMA | 510 Piikoi Street W115 | Honolulu | HI | 96814 | US | 1925 | Suppliers or Vendors | | | $502.62 |
| Ken Barboza Associates Inc | 115 W. 30th St, Suite 203 | New York | NY | 10001 | US | 1705 | Suppliers or Vendors | | | $500.00 |
| THE MAMONES | 403 N. Interurban St., Suite A | Richardson | TX | 75081 | US | 1922 | Suppliers or Vendors | | | $500.00 |
| ACA WASTE SERVICES INC | 40 Eads St. | Manhasset | NY | 11704 | US | 1785 | Suppliers or Vendors | | | $472.53 |
| BROADWAY PARTY RENTALS | 134 Morgan Ave. | Brooklyn | NY | 11237 | US | 1909 | Suppliers or Vendors | | | $460.12 |
| JUMPING JACK STUDIO INC. | 1900 Avenue of the Stars, 28th Floor | Los Angeles | CA | 90067 | US | 1919 | Suppliers or Vendors | | | $450.00 |
| AMERICAN FOLIAGE & DESIGN GROUP | 122 West 22nd St. | New York | NY | 10011 | US | 1816 | Suppliers or Vendors | | | $448.66 |
| SONS OF HAWAII | 268 Bush St., #3135 | San Francisco | CA | 94104 | US | 1071 | Suppliers or Vendors | | | $440.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOOMIS | P.O. Box 1300 | Honolulu | HI | 96807-1300 | US | 1867 | Suppliers or Vendors | | | | $433.34 |
| Y.O.R. PROTECTION | P.O. Box 2007 | Whittier | CA | 90610 | US | 1935 | Suppliers or Vendors | | | | $401.03 |
| LGRAY PHOTOGRAPHY | 1495 Easterly Terrace | Los Angeles | CA | 90026 | US | 1646 | Suppliers or Vendors | | | | $400.00 |
| US YELLOW PAGES | PO Box 3110 | Jersey City | NJ | 07303-3110 | US | 1255 | Suppliers or Vendors | | | | $396.00 |
| DAYSHAWN HARRIS | 45 Main St., #601 | Brooklyn | NY | 11201 | US | 1752 | Suppliers or Vendors | | | | $392.00 |
| FABVISUALS | 33 Astro Place | Dix Hills | NY | 11746 | US | 1932 | Suppliers or Vendors | | | | $380.19 |
| ROUGE NEW YORK | 130 Thompson St. | New York | NY | 10012 | US | 1807 | Suppliers or Vendors | | | | $363.13 |
| PGI SIGNS, LLC | 415 Lincoln St. | Atlanta | GA | 30315 | US | 1927 | Suppliers or Vendors | | | | $350.00 |
| TATIANA M. JACOB | P.O. Box 235955 | Honolulu | HI | 96823 | US | 1819 | Suppliers or Vendors | | | | $340.00 |
| AmmCOMM COMPANY | 9018 Balboa Blvd., Suite 575 | Northridge | CA | 91325 | US | 1721 | Suppliers or Vendors | | | | $310.00 |
| DECORCENTRAL | 12158 Severn Way | Riverside | CA | 92503 | US | 1360 | Suppliers or Vendors | | | | $300.00 |
| M & M SANITATION CORP. | P.O. Box 497 | Kearny | NJ | 07032 | US | 1042 | Suppliers or Vendors | | | | $295.02 |
| PARACORP | P.O. Box 160568 | Sacramento | CA | 95816-0568 | US | 1113 | Suppliers or Vendors | | | | $295.00 |
| JAN-PRO OF THE WEST | 3550 Wilshire Blvd., Suite 510 | Los Angeles | CA | 90010 | US | 1576 | Suppliers or Vendors | | | | $290.00 |
| WESTERN EXTERMINATOR CO | 1387 Centre st | Riverside | CA | 92507-1027 | US | 1151 | Suppliers or Vendors | | | | $272.00 |
| STANDARD PARKING / PARKING OFC | 80 S.W. 8th St. | Miami | FL | 33130 | US | 1934 | Suppliers or Vendors | | | | $255.00 |
| INTERNATIONAL SYSTEMS OF AMERICA | 1812 Cargo Ct. | Louisville | KY | 40299 | US | 1854 | Suppliers or Vendors | | | | $250.00 |
| SAFETY FIRST FIRE EQUIPMENT | 721 N.W 90th Terrace | Plantation | FL | 33324 | US | 1332 | Suppliers or Vendors | | | | $203.00 |
| CHAMBER OF COMMERCE MILLBURN | 343 Millburn Ave., #303 | Millburn | NJ | 07041 | US | 1805 | Suppliers or Vendors | | | | $200.00 |
| BRINKS INCORPORATED (CHICAGO) | 7373 Solutions Center | Chicago | IL | 60677-7003 | US | 1013 | Suppliers or Vendors | | | | $179.56 |
| TIMEPAYMENT CORP. | 1600 District Ave., Suite 200 | Burlington | MA | 01803 | US | 1841 | Suppliers or Vendors | | | | $169.86 |
| CHELSEA SANITATION SERVICE INC | PO Box 451 | Kearny | NJ | 7032 | US | 1711 | Suppliers or Vendors | | | | $163.31 |
| L.A. COUNTY AGRIC. COM / WEIGHT & MEASURES | P.O. Box 512399 | Los Angeles | CA | 90051-0399 | US | 1181 | Suppliers or Vendors | | | | $160.00 |
| SUNSHINE STATE MESSENGER SERVICE INC | 386 NE 191st St. | Miami | FL | 33179 | US | 1940 | Suppliers or Vendors | | | | $158.62 |
| BOWEAKS ELECTRICAL SOLUTIONS LLC | 320 Liliuokalani Ave. | Honolulu | HI | 96815 | US | 1944 | Suppliers or Vendors | | | | $156.26 |
| INTEGRITY SERVICES | 357 North Avenue | Wakefield | MA | 01880 | US | 1489 | Suppliers or Vendors | | | | $150.00 |
| New York Geek Girls | 666 Chesnut Avenue | Teaneck | NJ | 07666 | US | 1723 | Suppliers or Vendors | | | | $150.00 |
| Keter Environmental Services Inc | P.O. Box 417468 | Boston | MA | 02241-7468 | US | 1537 | Suppliers or Vendors | | | | $149.74 |
| CERTEGY CHECK SERVICES, INC | P.O. Box 30046 | Tampa | FL | 33630-3046 | US | 1016 | Suppliers or Vendors | | | | $148.42 |
| Aero Window Inc | 1836 N. Alvarado St. | Los Angeles | CA | 90026 | US | 1770 | Suppliers or Vendors | | | | $140.00 |
| ULINE | 2200 S. Lakeside Dr. | Waukegan | IL | 60085 | US | 1465 | Suppliers or Vendors | | | | $112.30 |
| FAIRFIELD ANTIQUE & DESIGN CENTER | 19 Willard Rd. | Norwalk | CT | 06851 | US | 1754 | Suppliers or Vendors | | | | $100.00 |
| CITY OF WEST HOLLYWOOD | 8300 Santa Monica Blvd. | West Hollywood | CA | 90069-6216 | US | 1870 | Government | | | | $90.90 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H&S POWER WASH AND WINDOW CLEANING CORP. | P.O. Box 14 | Bronx | NY | 10473 | US | 1893 | Suppliers or Vendors | | | | $87.10 |
| BAL HARBOUR VILLAGE | 655 96th Street | Bal Harbour | FL | 33154 | US | 1094 | Suppliers or Vendors | | | | $64.22 |
| TAX FREE SHOPPING | 14665 MIDWAY RD. STE 150 | Addison | TX | 75001 | US | 1848 | Suppliers or Vendors | | | | $63.55 |
| GODSPEED COURIER SERVICES INC. | P.O. Box 423293 | San Francisco | CA | 94142 | US | 1028 | Suppliers or Vendors | | | | $63.50 |
| THE GAS COMPANY | 1600 Corporate Center Dr. | Monterey Park | CA | 91754 | US | 1060 | Utility | | | | $62.96 |
| YES ENERGY MANAGEMENT | 4715 Viewridge Ave., Suite 100 | San Diego | CA | 92123 | US | 1891 | Utility | | | | $57.09 |
| NYC FIRE DEPARTMENT | P.O. Box 840 | New York | NY | 10008-0840 | US | 1361 | Government | | | | $52.50 |
| Los Angeles County Treasurer and Tax Collector | P.O. Box 54110 | Los Angeles | CA | 90054-0110 | US | | Collections | | Yes | Yes | $33.00 |
| HONOLULU FALSE ALARM REDUCTION PROGRAM | P.O. Box 29610 | Honolulu | HI | 96820-2010 | US | 1942 | Suppliers or Vendors | | | | $5.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | TOTAL OF CLAIM AMOUNTS |
| | | | | | | | | | | | $12,278,279.68 |

**Fill in this information to identify the case:**

Debtor name ___Agent Provocateur, Inc.___

United States Bankruptcy Court for the: ___Southern___    District of ___NY___
(State)

Case number (If known): ___17-10987___    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | See Schedule G Attachment | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____    Case number *(if known)*_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

2._   **State what the contract or lease is for and the nature of the debtor's interest**
      _____    _____
      _____    _____
      **State the term remaining**   _____    _____
      **List the contract number of any government contract**   _____    _____

| Type | Description | Name | Mailing Address |
|------|-------------|------|-----------------|
| Lease | 47-49 East Oak St., Ground West, Chicago, IL 60610 | Stone Street Partners, LLC | 1343 N. Wells Street, Rear Bldg., Chicago, IL 60610 |
| Lease | 123 Newbury St., Boston, MA 02116 | Newbury 123 Investment LLC | c/o Abbey Road Advisors LLC, 33 Riverside Ave., 4th Floor, Westport, CT 06880 |
| Lease | 242 North Rodeo Dr., Beverly Hills, CA 90210 | Sloane Two Rodeo, LLC | c/o Leicosa SA, 63 Rue du Rhone, 1204 Geneva, Switzerland |
| Lease | 259 Elizabeth St., New York, NY 10012 | Katherine Chou | 408 8th Ave., New York, New York 10001 |
| Lease | 1450 Ala Moana Blvd., Space #2533, Honolulu, HI 96814 | | P.O. Box 29960, Honolulu, HI  96820-2360 |
| Lease | 3500 Peachtree Road NE, Atlanta, GA 30326 | CPI-Phipps Limited Liability Company | c/o M.S. Management Associates Inc., National City Center, 115 W. Washington, Indianapolis, IN 46204 |
| Lease | 9700 Collins Ave., Unit 201, Bal Harbour Shops, Bal Harbour, Miami FL 33154 | Bal Harbour Shops, LLLP | 9700 Collins Ave., Bal Harbour, FL 33154 |
| Lease | Village of Merrick Park, 360 San Lorenzo Ave., Suite 1502, Coral Gables FL 33146 | Merrick Park LLC | 358 San Lorenzo Ave, Coral Gables, FL  33146 |
| Lease | North Park Center, 8687 N Central Expressway, Suite 1320, Dallas, TX 75225 | NorthPark Management Company | 8080 North Central Expressway, Suite 1100, Dallas, TX 75206-1807 |
| Lease | 48650 Seminole Dr., Suite 1138, Cabazon, CA 92230 | CPG Partners, L.P. | c/o Simon Property Group, 225 West Washington St., Indianapolis, IN 46204-3438 |
| Lease | 8503 Melrose Ave., West Hollywood, CA 90069 | 7961 Melrose Associates, LLC | 7951 Melrose Avenue, Los Angeles, CA  90046 |
| Lease | 675 Madison Ave., New York 10065 | Lawrence Friedland and Melvin Friedland | 22 East 65th St., New York, NY |
| Lease | 2036 Northern Blvd., Manhasset NY | Fifth Avenue of Long Island Realty Associates, LLC | 2110 Northern Blvd., Manhasset, New York 11030 |
| Lease | 7961 Melrose Ave., Los Angeles CA 90046 | Isac Novian, Trustee of the Isac Novian Trust U/D/T 1993 | 7961 Melrose Ave., Los Angeles CA 90046 |
| Lease | 133 Mercer St., New York 10012 | 113 Mercer Street, LLC | 133 Mercer St., New York 10012 |
| Lease | 701 S. Miami Avenue, Suite 154-B, Miami, FL. 33131 | Brickell City Centre Retail LLC | 799 Brickell Plaza, Suite 802, Miami, FL 33131 |
| Lease | 54 Geary Street, San Francisco, CA 94108 | Hamburger Properties | 1504 So. El Camino Real, San Mateo, CA |
| Lease | 1200 Morris Tpke., Short Hills NJ 07078 | Short Hills Associates, L.L.C. | Department 53501, P.O. Box 6700, Detroit, MI  48267-0535 |
| Lease | 498 Red Apple Ct., Central Valley, NY 10917 | Premium Outlet Partners, L.P. | c/o Simon Property Group, 225 West Washington St., Indianapolis, IN 46204-3438 |
| License Department & Concession Agreement | 9600 Wilshire Blvd., Beverly Hills CA 90212 | Saks Fifth Avenue | P.O. Box 20080, Jackson, MS  39289 |
| License Department & Concession Agreement | 5175 Westheimer Rd., Level 2, Houston, TX, 77056 | Saks Fifth Avenue | P.O. Box 20080, Jackson, MS  39289 |

| License Department & Concession Agreement | 611 5th Ave., New York 10022 | Saks Fifth Avenue | P.O. Box 20080, Jackson, MS  39289 |
|---|---|---|---|
| License Department & Concession Agreement | South Coast Plaza, 3333 Bristol St., Costa Mesa, CA | Saks Fifth Avenue | P.O. Box 20080, Jackson, MS  39289 |
| Department Licence Agreement | 8500 Beverly Boulevard, Los Angeles, CA 90048 | Blommingdale's Inc. | 1000 Third Ave., New York, NY 10022 |
| Department Licence Agreement | Bloomingdales, 4th Floor, 1000 Third Avenue, New York 10022 | Blommingdale's Inc. | 1000 Third Ave., New York, NY 10022 |
| Department Licence Agreement | South Coast Plaza, 3rd Floor, 3333 Bristol Street, Costa Mesa, CA 92626 | Blommingdale's Inc. | 1000 Third Ave., New York, NY 10022 |
| Department Licence Agreement | Bloomingdale's, 845 Market St., San Francisco, CA 94103 | Blommingdale's Inc. | 1000 Third Ave., New York, NY 10022 |
| Department Licence Agreement | 504 Broadway, New York, NY 10012 | Blommingdale's Inc. | 1000 Third Ave., New York, NY 10022 |
| Executory Contract | Merchant Agreement | Wells Fargo Merchant Services, L.L.C. | 420 Montgomery St., San Francisco, CA  94104 |
| Executory Contract | Professional Services Agreement | TriNet Group, Inc. | 1100 San Leandro Blvd., Suite 400, San Leandro, CA 94577 |
| Executory Contract | Services Agreement | Brink's U.S. | 5575 NW 87 Ave., Miami, FL 33178 |

**Fill in this information to identify the case:**

Debtor name __Agent Provocateur, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __New York__
                                                                    (State)

Case number (If known): __17-10987__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____    Case number *(if known)*_____
           Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _Agent Provocateur, Inc._

United States Bankruptcy Court for the: _Southern_            District of _New York_
                                                                                    (State)

Case number (*If known*): _17-10987_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 19, 2017_            ✖ /s/ Amanda Brooks
                 MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                                        Amanda Brooks
                                                        Printed name

                                                        Global Retail Director
                                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**