UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Agent Provocateur, LLC
    **Debtor**

**Case No.** 17-10989

**Reporting Period:** April, 11, 2017 - April 30, 2017

**Federal Tax I.D. #**  20-0800862

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
|    Copies of bank statements | MOR-1.1 | Yes | |
|    Cash disbursements journals | MOR-1.2 | Yes | |
| Statement of Operations | MOR-2 | Yes | |
| Balance Sheet | MOR-3 | Yes | |
| Status of Post-petition Taxes | MOR-4 | Yes | |
|    Copies of IRS Form 6123 or payment receipt | | No | See MOR-4 |
|    Copies of tax returns filed during reporting period | | No | None filed |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | |
|    Listing of Aged Accounts Payable | | Yes | MOR-4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | |
| Debtor Questionnaire | MOR-7 | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                      Date

/s/ Amanda Brooks                      8-Jun-17

Amanda Brooks                         8-Jun-17

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Agent Provocateur, LLC
Debtor

Case No. 17-10989

Reporting Period: April, 11, 2017 - April 30, 2017

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | Operating (3949) | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) | |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $      52,412 | | | | $      52,412 | |
| RECEIPTS | | | | | $          - | |
| CASH SALES | $      61,123 | | | | $      61,123 | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | $          - | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | $          - | |
| LOANS AND ADVANCES | | | | | $          - | |
| SALE OF ASSETS | | | | | $          - | |
| OTHER (ATTACH LIST) | | | | | $          - | |
| TRANSFERS (FROM DIP ACCTS) | | | | | $          - | |
| TOTAL RECEIPTS | $      61,123 | | | | $      61,123 | |
| DISBURSEMENTS | | | | | $          - | |
| NET PAYROLL | $      14,024 | | | | $      14,024 | |
| PAYROLL TAXES | | | | | $          - | Note 1 |
| SALES, USE, & OTHER TAXES | | | | | $          - | |
| INVENTORY PURCHASES | | | | | $          - | |
| SECURED/ RENTAL/ LEASES | | | | | $          - | |
| INSURANCE | | | | | $          - | |
| ADMINISTRATIVE | 2,430 | | | | $      2,430 | |
| SELLING (Sales Returns) | | | | | $          - | |
| OTHER (ATTACH LIST) | | | | | $          - | |
| OWNER DRAW * | | | | | $          - | |
| TRANSFERS (TO DIP ACCTS) | | | | | $          - | |
| PROFESSIONAL FEES | | | | | $          - | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | $          - | |
| COURT COSTS | | | | | $          - | |
| TOTAL DISBURSEMENTS | $      16,454 | | | | $      16,454 | |
| | | | | | $          - | |
| NET CASH FLOW | $      44,669 | | | | $      44,669 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH – END OF MONTH | $      97,081 | | | | $      97,081 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $      16,454 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $      16,454 |

Note 1:  Due to transition in payroll companies, payroll tax was not paid during April's post-petition period.
However, amounts due in April were paid in May once the new processing Company was engaged.

FORM MOR-1
2/2008
PAGE 1 OF 1

| In re | Agent Provocateur, LLC | Case No. | 17-10989 | |
|---|---|---|---|---|
| | Debtor | Reporting Period: | April, 11, 2017 - April 30, 2017 | |

**DISBURSEMENT JOURNAL**

|  |  | Classification for MOR-1 | | |
|---|---|---|---|---|
| Posting Date | Description | Salary | Tax | Office |
| 12/04/17 | CREDIT CARD CHARGES | | | -944.65 |
| 12/04/17 | CREDIT CARD CHARGES | | | -441.07 |
| 12/04/17 | CREDIT CARD CHARGES | | | -156.15 |
| 12/04/17 | CREDIT CARD CHARGES LAS VEGAS NORTH | | | -181.38 |
| 12/04/17 | CREDIT CARD CHARGES NEVADA SUB | | | -220.65 |
| 12/04/17 | CREDIT CARD CHARGES NEVADA SUB | | | -86.27 |
| 12/04/17 | CREDIT CARD CHARGES NEVADA SUB | | | -8.13 |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -740.25 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -768.70 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -491.47 | | |
| 26/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -949.97 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -700.57 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -1,721.25 | | |
| 26/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -2,447.30 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -409.79 | | |
| 26/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -433.61 | | |
| 24/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -153.85 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -817.59 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -426.18 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -47.99 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -1,034.75 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -1,354.02 | | |
| 20/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -532.20 | | |
| 26/04/17 | SALARIES CONTROL AC - NAME WITHHELD | -994.06 | | |
| 12/04/17 | UPS (CA) | | | -87.39 |
| 26/04/17 | UPS (CA) | | | -141.79 |
| 19/04/17 | UPS (CA) 170950000219 FW2 | | | -112.16 |
| 19/04/17 | UPS (CA) 170950000219 FW2 X | | | -50.70 |
| | Total | (14,024) | - | (2,430) |

In re Agent Provocateur, LLC          **Reporting Period:** 17-10989
   **Debtor**                          **Reporting Period:** April, 11, 2017 - April 30, 2017

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | $    97,081 | | | |
| **BANK BALANCE** | $    97,081 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0 | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) : | 0 | | | |
| OTHER (ATTACH EXPLANATION) | 0 | | | |
| **ADJUSTED BANK BALANCE *** | $    97,081 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re Agent Provocateur, LLC
       **Debtor**

Case No. 17-10989
Reporting Period: April, 11, 2017 - April 30, 2017

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE | |
|---|---|---|---|
| Gross Revenues | $ 61,123 | | |
| Less: Returns and Allowances | 0 | | |
| Net Revenue | $ 61,123 | | |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | 0 | | |
| Add: Purchases | 12,225 | | Note 1 |
| Add: Cost of Labor | 0 | | |
| Add: Other Costs (attach schedule) | 0 | | |
| Less: Ending Inventory | | | |
| Cost of Goods Sold | $ 12,225 | | |
| Gross Profit | $ 48,898 | | |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | | | |
| Officer/Insider Compensation* | | | |
| Insurance | | | |
| Management Fees/Bonuses | | | |
| Office Expense | 2,430 | | |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | | | |
| Rent and Lease Expense | 12,700 | | |
| Salaries/Commissions/Fees | 14,024 | | |
| Supplies | | | |
| Taxes - Payroll | 2,500 | | Note 2 |
| Taxes - Real Estate | | | |
| Taxes - Sales | 6,500 | | |
| Travel and Entertainment | | | |
| Utilities | | | |
| Other (attach schedule) | | | |
| **Total Operating Expenses Before Depreciation** | 38,154 | | |
| Depreciation/Depletion/Amortization | 29,261 | | |
| Net Profit (Loss) Before Other Income & Expenses | (18,516) | | |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | | | |
| Interest Expense | | | |
| Other Expense (attach schedule) | | | |
| Net Profit (Loss) Before Reorganization Items | | | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | | | |
| U. S. Trustee Quarterly Fees | 1,000 | | |
| Interest Earned on Accumulated Cash from Chapter 11(see continuation sheet) | | | |
| Gain (Loss) from Sale of Equipment | | | |
| Other Reorganization Expenses(attach schedule) | | | |
| **Total Reorganization Expenses** | 1,000 | | |
| Income Taxes | | | |
| **Net Profit (Loss)** | (19,516) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Note 1: Inventory in stores at April 30 was estimated at approximately $.4 million. Purchased from an affiliated entity.

Note 2: Estimated amount due in April and paid in May.

| In re Agent Provocateur, LLC | Case No. | 17-10989 |
|---|---|---|
| Debtor | Reporting Period: | il, 11, 2017 - April 30, 2017 |

BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED | |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | $ 97,081 | | $ 52,412 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | |
| Accounts Receivable (Net) | | | | |
| Notes Receivable | | | | |
| Inventories | | | | Note 1 |
| Prepaid Expenses | 37,895 | | 37,895 | |
| Professional Retainers | | | | |
| Other Current Assets *(attach schedule)* | | | | |
| **TOTAL CURRENT ASSETS** | $ 134,976 | | $ 90,307 | |
| **PROPERTY & EQUIPMENT** | | | | |
| Real Property and Improvements | | | | |
| Machinery and Equipment | | | | |
| Furniture, Fixtures and Office Equipment | 963,421 | | 963,421 | |
| Leasehold Improvements | 677,569 | | 677,569 | |
| Vehicles | | | | |
| Less: Accumulated Depreciation | (1,377,152) | | (1,347,891) | |
| **TOTAL PROPERTY & EQUIPMENT** | $ 263,838 | | $ 293,099 | Note 2 |
| **OTHER ASSETS** | | | | |
| Amounts due from Insiders* | $ 2,099,490 | | $ 2,099,490 | |
| Other Assets *(attach schedule)* | | | | |
| **TOTAL OTHER ASSETS** | $ 2,099,490 | | $ 2,099,490 | |
| **TOTAL ASSETS** | $ 2,498,304 | | $ 2,482,896 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $ 2,569 | | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | 9,000 | | - |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | 12,700 | | - |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | - | | - |
| Amounts Due to Insiders* (Inventory Purchases) | | | |
| Trustee Fees | 1,000 | | |
| **TOTAL POST-PETITION LIABILITIES** | $ 25,269 | | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | $ - | | |
| Unsecured Debt | $ 1,433,419 | | 1,421,194 |
| **TOTAL PRE-PETITION LIABILITIES** | $ 1,433,419 | | $ 1,421,194 |
| **TOTAL LIABILITIES** | $ 1,458,688 | | $ 1,421,194 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | 1,061,702 | | $ 1,061,702 |
| Retained Earnings - Post-petition | (19,516) | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| **NET OWNERS' EQUITY** | $ 1,042,186 | | $ 1,061,702 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 2,500,873 | | $ 2,482,896 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | $ 2,569 | | $ 0 |

NOTE 1: Inventory on hand owned by others totals approximately $0.5 million.

Note 2: Amount will be written-down to $5K, estimated FMV, in May.

In re Agent Provocateur, LLC    Case No. 17-10989
Debtor    Reporting Period: April, 11, 2017 - April 30, 2017

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax | |
|---|---|---|---|---|---|---|---|
| Withholding | | | | | | | Note 1 |
| FICA-Employee | | $  1,000 | | | | | Note 1 |
| FICA-Employer | | $  1,000 | | | | | Note 1 |
| Unemployment | | | | | | | Note 1 |
| Income | | | | | | | Note 1 |
| Other: | | | | | | | Note 1 |
| Total Federal Taxes | | $  2,000 | | | | | |
| **State and Local** | | | | | | | |
| Withholding | | $  500 | | | | | Note 1 |
| Sales | | $  6,500 | | | | | Note 2 |
| Excise | | | | | | | |
| Unemployment | | | | | | | |
| Real Property | | | | | | | |
| Personal Property | | | | | | | |
| Other: | | | | | | | |
| Total State and Local | | $  7,000 | | | | | |
| | | | | | | | |
| Total Taxes | | $  9,000 | | | | | |

NOTE 1:  The Debtors payroll processor unexpectedly terminated services in April.  As a result, the Debtor paid employees an estimated net amount of wages due.  In May, the Debtor engaged a new processor will pay the appropriate payroll taxes.  The amounts listed above are estimated accrued amounts.

Note 2:  Estimated amount due for April Sales due and paid in May.

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total | |
|---|---|---|---|---|---|---|---|
| Accounts Payable | $  2,569 | | | | | $  2,569 | Note 1 |
| Wages Payable | | | | | | $  - | |
| Taxes Payable | $  9,000 | | | | | $  9,000 | |
| Rent/Leases-Building | $  12,700 | | | | | $  12,700 | See MOR 6 |
| Rent/Leases-Equipment | | | | | | $  - | |
| Secured Debt/Adequate Protection Payments | | | | | | $  - | |
| Professional Fees | | | | | | $  - | |
| Amounts Due to Insiders | | | | | | $  - | |
| Trustee Fees | $  1,000 | | | | | $  1,000 | |
| Other: | | | | | | $  - | |
| Total Post-petition Debts | $  25,269 | | | | | $  25,269 | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
Accounts payable and professional fees will be paid from asset sale proceeds.
Certain rents will be assumed by the buyer and the remainder will be paid from proceeds.
All taxes were paid in May.
Note 1:  Amounts due Affiliate for inventory purchases.

In re Agent Provocateur, LLC

**Debtor**

Case No. 17-10989

Reporting Period: April, 11, 2017 – April 30, 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| Plus: Amounts billed during the period | $ 61,123 |
| Less: Amounts collected during the period | (61,123) |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ - | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | $ - | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ 9,000 | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | $ 9,000 | | | | |
| Total Accounts Payable | $ 25,269 | | | | |

In re Agent Provocateur, LLC       **Case No.** 17-10989
       Debtor      **Reporting Period:** April, 11, 2017 - April 30, 2017

### PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| None Made | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| NA | NA | NA | $ - | $ - | $ - |
| NA | NA | NA | $ - | $ - | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | $ - | $ - | $ - | $ - | $ - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | $ - | | |
| GGP | | $ - | $ 12,700 |
| Total | $ - | $ - | $ 12,700 |

Note: Estimated amount of stub period rent and expenses - administrative claim status

**In re** Agent Provocateur, LLC                                    **Case No.** 17-10989

   Debtor                                            **Reporting Period:** April, 11, 2017 - April 30, 2017

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No | |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | Note 1 |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X | | Note 2 |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | X | | Note 3 |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X | |
| 8 | Are any post petition payroll taxes past due? | X | | Note 4 |
| 9 | Are any post petition State or Federal income taxes past due? | | X | |
| 10 | Are any post petition real estate taxes past due? | | X | |
| 11 | Are any other post petition taxes past due? | | X | |
| 12 | Have any pre-petition taxes been paid during this reporting period? | X | | Note 3 |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X | |
| 14 | Are any wage payments past due? | X | | Note 5 |
| 15 | Have any post petition loans been  received by the Debtor from any party? | | X | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

NOTE 1:  Pursuant to Cash Management Order, existing accounts are treated as debtor-in-pocession accounts.

NOTE 2:  Payroll tax returns were not filed in post-petition period due
to transition to different processor but were filed in May

NOTE 3:  Pre-petition wages and sales tax were paid post-petition pursant to Court Order.

NOTE 4:  Amount past due estimated to be $65,000 was paid in May because of transition to new processor.

NOTE 5:  Certain wages may have been past due because of transition to new payroll processor.  Such amounts have been and will be
paid as they come to the Debtor's attention.

# WellsOne® Account

Account number: ⁄      ⁄3949  ■ April 1, 2017 - April 30, 2017  ■ Page 1 of 6



**WELLS FARGO**

|  |  |
|---|---|
| AGENT PROVOCATEUR LLC. LAS VEGAS | WS |
| C/O COHN REZNICK LLP | |
| 1900 AVENUE OF THE STARS FL 28 | |
| LOS ANGELES CA 90067-4301 | |

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ⁙   ⁙3949 | $198,475.90 | $94,205.57 | -$195,599.87 | $97,081.60 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/03 | 2,774.07 | American Express Settlement 170403 Lv-Forum Agent Provoc5270344542 |
| | 04/03 | 757.06 | American Express Settlement 170403 Lv-Forum Agent Provoc5270344542 |
| | 04/03 | 659.72 | American Express Settlement 170403 Lv-Palazzo Agent Provoc5271564130 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/03 | 1,582.79 | Cash Only Customer Deposit Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/03 | 778.69 | Cash Only Customer Deposit Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/03 | 5,775.21 | 04/03Bankcard Deposit -0226240401 |
| | 04/03 | 1,450.06 | 04/03Bankcard Deposit -0226240401 |
| | 04/03 | 831.95 | 04/03Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/04 | 1,925.07 | 04/04Bankcard Deposit -0226240401 |
| | 04/04 | 643.50 | 04/04Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/05 | 805.72 | American Express Settlement 170405 Lv-Forum Agent Provoc5270344542 |
| | 04/06 | 411.05 | 04/06Bankcard Deposit -0226240401 |
| | 04/07 | 908.46 | American Express Settlement 170407 Lv-Forum Agent Provoc5270344542 |
| | 04/07 | 854.39 | Cash Only Customer Deposit |
| | 04/07 | 843.58 | Cash Only Customer Deposit |
| | 04/07 | 735.43 | Cash Only Customer Deposit |
| | 04/07 | 492.01 | Cash Only Customer Deposit |
| | 04/07 | 389.34 | Cash Only Customer Deposit |

Account number: ■■■■■3949 ■ April 1, 2017 - April 30, 2017 ■ Page 2 of 6


WELLS
FARGO

**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/07 | 115.06 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/07 | 101.52 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/10 | 1,822.33 | American Express Settlement 170408 Lv-Forum Agent Provoc5270344542 |
| | 04/10 | 908.46 | American Express Settlement 170408 Lv-Palazzo Agent Provoc5271564130 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/10 | 838.18 | American Express Settlement 170410 Lv-Forum Agent Provoc5270344542 |
| | 04/10 | 59.48 | Cash Only Customer Deposit Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/10 | 3,327.79 | 04/10Bankcard Deposit -0226240401 |
| | 04/10 | 1,887.21 | 04/10Bankcard Deposit -0226240401 |
| | 04/10 | 638.09 | 04/10Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/10 | 566.57 | 04/10Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/11 | 189.27 | American Express Settlement 170411 Lv-Forum Agent Provoc5270344542 |
| | 04/12 | 665.13 | 04/12Bankcard Deposit -0226240401 |
| | 04/13 | 7,156.81 | American Express Settlement 170413 Lv-Forum Agent Provoc5270344542 |
| | 04/14 | 540.76 | Cash Only Customer Deposit |
| | 04/14 | 482.63 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 473.78 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 378.53 | Cash Only Customer Deposit |
| | 04/14 | 283.23 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 264.97 | Cash Only Customer Deposit |
| | 04/14 | 233.25 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 173.28 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 149.95 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 66.64 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/14 | 32.45 | Cash Only Customer Deposit |
| | 04/14 | 16.00 | Cash Only Customer Deposit |
| | 04/14 | 5.41 | Cash Only Customer Deposit |
| | 04/14 | 708.39 | 04/14Bankcard Deposit -0226240401 |
| | 04/17 | 3,336.47 | 04/17Bankcard Deposit -0226240401 |
| | 04/17 | 3,039.01 | 04/17Bankcard Deposit -0226240401 |
| | 04/17 | 1,535.74 | 04/17Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/17 | 611.05 | 04/17Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |

Account number: ████3949  ■  April 1, 2017 - April 30, 2017  ■  Page 3 of 6



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/17 | 302.82 | 04/17Bankcard Deposit -0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/18 | 3,282.37 | American Express Settlement 170418 Lv-Forum Agent Provoc5270344542 |
| | 04/18 | 913.87 | 04/18Bankcard Deposit -0226240401 |
| | 04/19 | 114.94 | American Express Chgbck/Adj 170419 Lv-Palazzo Agent Provoc5271564130 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/19 | 1,150.98 | 04/19Bankcard Deposit -0226240401 |
| | 04/20 | 540.76 | 04/20Bankcard Deposit -0226240401 |
| | 04/20 | 168.85 | WT Seq#88463 WF Return Wires IN Proc /Org= Srf# 2017042000083190 Trn#170420088463 Rfb# |
| | 04/21 | 487.32 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 425.65 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 424.39 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 313.96 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 313.63 | Cash Only Customer Deposit |
| | 04/21 | 102.74 | Cash Only Customer Deposit |
| | 04/21 | 76.22 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 64.89 | Cash Only Customer Deposit |
| | 04/21 | 37.49 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 24.99 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/21 | 940.91 | 04/21Bankcard Deposit -0226240401 |
| | 04/24 | 1,648.48 | American Express Settlement 170424 Lv-Forum Agent Provoc5270344542 |
| | 04/24 | 1,118.53 | American Express Settlement 170422 Lv-Forum Agent Provoc5270344542 |
| | 04/24 | 6,121.32 | 04/24Bankcard Deposit -0226240401 |
| | 04/24 | 1,297.79 | 04/24Bankcard Deposit -0226240401 |
| | 04/25 | 373.12 | American Express Settlement 170425 Lv-Forum Agent Provoc5270344542 |
| | 04/25 | 8,230.32 | 04/25Bankcard Deposit -0226240401 |
| | 04/26 | 1,146.39 | American Express Settlement 170426 Lv-Forum Agent Provoc5270344542 |
| | 04/26 | 1,350.09 | 04/26Bankcard Deposit -0226240401 |
| | 04/27 | 459.64 | American Express Settlement 170427 Lv-Forum Agent Provoc5270344542 |
| | 04/27 | 348.67 | 04/27Bankcard Deposit -0226240401 |
| | 04/28 | 16.22 | American Express Settlement 170428 Lv-Forum Agent Provoc5270344542 |
| | 04/28 | 2,914.65 | Cash Only Customer Deposit |
| | 04/28 | 1,196.33 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 867.53 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 491.48 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 397.58 | Cash Only Customer Deposit |

Account number: ████3949  ■  April 1, 2017 - April 30, 2017  ■  Page 4 of 6



**WELLS FARGO**

---

### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/28 | 243.34 | Cash Only Customer Deposit |
| | 04/28 | 237.94 | Cash Only Customer Deposit |
| | 04/28 | 209.46 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 205.49 | Cash Only Customer Deposit |
| | 04/28 | 150.28 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 8.33 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 5.41 | Cash Only Customer Deposit Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/28 | 2,195.46 | 04/28Bankcard Deposit -0226240401 |
| | 04/28 | 59.40 | Cash Vault - Missing Deposit Slip |
| | | **$94,205.57** | **Total electronic deposits/bank credits** |
| | | **$94,205.57** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/03 | 301.92 | Tyco Is Tyco Isach 040317 01087727967 28261828 |
| | 04/04 | 38,318.88 | WT Fed#00200 Keybank National A /Ftr/Bnf=Trinet Hr Corporation Srf# Gw00000002804822 Trn#170404000106 Rfb# 1374 |
| | 04/04 | 14,822.66 | Nevada Tax 7756845600 604909796873 Wilson Cheng |
| | 04/04 | 486.84 | Centurylink Speedpay 170403 xxxxx8220 112641903 |
| | 04/05 | 102,896.25 | WT Fed#06625 PNC Bank, National /Ftr/Bnf=Spg Lp Clearing Srf# V1000 Trn#170405057636 Rfb# 1379 |
| | 04/05 | 12,357.72 | Nevada Tax 7756845600 609910253241 Wilson Cheng |
| | 04/05 | 1,052.21 | American Express Axp Discnt 170405 Lv-Forum Agent Provoc5270344542 |
| | 04/05 | 228.77 | American Express Axp Discnt 170405 Lv-Palazzo Agent Provoc5271564130 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/05 | 63.13 | U. P. S. UPS Bill 170840000219Fw2 x |
| | 04/10 | 16.00 | Cash Vault - Currency and/OR Coin Order |
| | 04/10 | 8,591.59 | Nevada Tax 7756845600 610910932171 Wilson Cheng |
| | 04/12 | 944.65 | Bankcard Interchange Fee - 0226240401 |
| | 04/12 | 441.07 | Bankcard Discount Fee - 0226240401 |
| | 04/12 | 220.65 | Bankcard Interchange Fee - 0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/12 | 181.38 | Bankcard Fee - 0485177436 Fr 0000000116 Las Vegas North #116 Sub Acct 000004940277361 |
| | 04/12 | 156.15 | Bankcard Fee - 0226240401 |
| | 04/12 | 86.27 | Bankcard Discount Fee - 0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |
| | 04/12 | 51.13 | Bankcard Fee - 0329185179 Fr 0000000001 Agent Provocateur Nevada Sub Acct 000004942326935 |

Account number: 3949 ■ April 1, 2017 - April 30, 2017 ■ Page 5 of 6



---

**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/12 | 87.39 | U. P. S. UPS Bill 170910000219Fw2 x |
| | 04/19 | 112.16 | U. P. S. UPS Bill 170950000219Fw2 000001166843895 |
| | 04/19 | 50.70 | U. P. S. UPS Bill 170980000219Fw2 x |
| | 04/20 | 1,721.25 | WT Fed#07457 Jpmorgan Chase Ban /Ftr/Bnf=Lacey Marie Beza Srf# Salary Trn#170420027326 Rfb# 1417 |
| | 04/20 | 1,354.02 | WT Fed#07904 Bank of America, N /Ftr/Bnf=Stephanie Bolanos Srf# Gw00000003206906 Trn#170420039970 Rfb# 1493 |
| | 04/20 | 817.59 | WT Fed#07741 Jpmorgan Chase Ban /Ftr/Bnf=Maureen Manipon Srf# Salary Trn#170420027990 Rfb# 1455 |
| | 04/20 | 740.25 | WT Fed#07727 Bank of America, N /Ftr/Bnf=Ashley Fayerverger Srf# Salary Trn#170420027611 Rfb# 1431 |
| | 04/20 | 532.20 | WT Fed#02182 Jpmorgan Chase Ban /Ftr/Bnf=Thalia R Ayoub Srf# Salary Trn#170420027284 Rfb# 1414 |
| | 04/20 | 491.47 | WT Fed#07733 Jpmorgan Chase Ban /Ftr/Bnf=Amber D Lewis Srf# Salary Trn#170420027959 Rfb# 1453 |
| | 04/20 | 426.18 | WT Fed#08132 Bank of America, N /Ftr/Bnf=Shelby Tackett Srf# Salary Trn#170420030328 Rfb# 1482 |
| | 04/20 | 168.85 | WT Fed#07731 Bank of America, N /Ftr/Bnf=Maria N Kaltcheva Srf# Salary Trn#170420027830 Rfb# 1444 |
| | 04/20 | 1,034.75 | WT Seq#11330 Signe Kofoed /Bnf= Srf# Expenses Trn#170420011330 Rfb# 1394 |
| | 04/20 | 768.70 | WT Seq#40000 Alexandra Diaz /Bnf=Alexandra Diaz Srf# Gw00000003206909 Trn#170420040000 Rfb# 1495 |
| | 04/20 | 700.57 | WT Seq#39939 Barbara I Rivera /Bnf=Barbara Rivera Martinez Srf# Gw00000003206961 Trn#170420039939 Rfb# 1492 |
| | 04/20 | 409.79 | WT Seq#27565 Lora I Denkova /Bnf=Lora I Denkova Srf# Salary Trn#170420027565 Rfb# 1428 |
| | 04/26 | 2,447.30 | WT Fed#00194 Jpmorgan Chase Ban /Ftr/Bnf=Lacey Marie Beza Srf# Salary Trn#170426005482 Rfb# 1532 |
| | 04/26 | 994.06 | WT Fed#00296 Jpmorgan Chase Ban /Ftr/Bnf=Thalia R Ayoub Srf# Salary Trn#170426003538 Rfb# 1521 |
| | 04/26 | 949.97 | WT Fed#09918 Bank of America, N /Ftr/Bnf=Ashley Fayerverger Srf# Salary Trn#170426003835 Rfb# 1523 |
| | 04/26 | 433.61 | WT Seq#03667 Lora I Denkova /Bnf=Lora I Denkova Srf# Salary Trn#170426003667 Rfb# 1522 |
| | 04/26 | 141.79 | U. P. S. UPS Bill 171050000219Fw2 x |
| | | **$195,599.87** | **Total electronic debits/bank debits** |
| | | **$195,599.87** | **Total debits** |

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 198,475.90 | 04/06 | 46,342.41 | 04/12 | 50,908.43 |
| 04/03 | 212,783.53 | 04/07 | 50,782.20 | 04/13 | 58,065.24 |
| 04/04 | 161,723.72 | 04/10 | 52,222.72 | 04/14 | 61,874.51 |
| 04/05 | 45,931.36 | 04/11 | 52,411.99 | 04/17 | 70,699.60 |

Account number: ▓▓▓▓3949 ■ April 1, 2017 - April 30, 2017 ■ Page 6 of 6



---

### Daily ledger balance summary  *(continued)*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/18 | 74,895.84 | 04/21 | 70,755.08 | 04/26 | 87,074.39 |
| 04/19 | 75,998.90 | 04/24 | 80,941.20 | 04/27 | 87,882.70 |
| 04/20 | 67,542.89 | 04/25 | 89,544.64 | 04/28 | 97,081.60 |

**Average daily ledger balance**      **$85,113.38**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.