# EXHIBIT B



**INVOICE**

TriNet HR Corporation
PO Box 1644
Tacoma, WA 98402-1644

| | |
|---|---|
| Invoice: | CB022957 |
| Invoice Date: | 6/20/2017 |
| Page: | 1 of 1 |

**Payment Instructions:**
Please make check payable to TriNet HR Corporation and remit to the lockbox address referenced above. Please include a copy of your invoice with your check payment.

| | |
|---|---|
| Customer ID: | 92ZS00 |
| Payment Terms: | Due on receipt |

**Bill To:**
Agent Provocateur Inc LA
na
 TX 30324
United States

**AMOUNT DUE:**   300.00 USD

Amount Remitted

For billing questions, please call: 800.638.0461                                    Original

| Line | Description | Quantity | Unit Amt | Net Amount |
|---|---|---|---|---|
| 1 | COBRA FEES - May 2017 | 4.00 | 75.00 | 300.00 |
| | | | Subtotal: | 300.00 |
| | | | **AMOUNT DUE:** | **300.00** USD |



1100 San Leandro Blvd. #400
San Leandro, CA 94577
Phone 800.638.0461
Fax 510.352.6480
www.trinet.com

# INVOICE

The list below represents the active COBRA participants for the billing period on your invoice.

**Bill To:** Agent Provocateur Inc LA
**Client ID:** 92ZS00
**Billing Period:** May 2017

For billing questions, please call 800.638.0461.

# INVOICE

**TriNet**
Ambitions realized

TriNet HR Corporation
PO Box 1644
Tacoma, WA 98402-1644

| | |
|---|---|
| Invoice: | CB022974 |
| Invoice Date: | 6/20/2017 |
| Page: | 1 of 1 |

**Payment Instructions:**
Please make check payable to TriNet HR Corporation and remit to the lockbox address referenced above. Please include a copy of your invoice with your check payment.

| | |
|---|---|
| Customer ID: | 930100 |
| Payment Terms: | Due on receipt |

**Bill To:**
Agent Provocateur LLC NV
The Forum Shops At Cesars
3500 Las Vegas Blvd Suite R18
Las Vegas NV 89109
United States

**AMOUNT DUE:**  375.00  USD

Amount Remitted

For billing questions, please call: 800.638.0461

Original

| Line | Description | Quantity | Unit Amt | Net Amount |
|---|---|---|---|---|
| 1 | COBRA FEES - May 2017 | 5.00 | 75.00 | 375.00 |

Subtotal: 375.00

**AMOUNT DUE:**  375.00  USD



**TriNet**
Ambitions Realized®

1100 San Leandro Blvd. #400
San Leandro, CA 94577
Phone 800.638.0461
Fax 510.352.6480
www.trinet.com

# INVOICE

The list below represents the active COBRA participants for the billing period on your invoice.

**Bill To:** Agent Provocateur LLC NV
**Client ID:** 930100
**Billing Period:** May 2017

For billing questions, please call 800.638.0461.



TriNet HR Corporation
PO Box 1644
Tacoma, WA 98402-1644

# INVOICE

| | |
|---|---|
| Invoice: | CB023221 |
| Invoice Date: | 7/19/2017 |
| Page: | 1 of 1 |

**Payment Instructions:**
Please make check payable to TriNet HR Corporation and remit to the lockbox address referenced above. Please include a copy of your invoice with your check payment.

| | |
|---|---|
| Customer ID: | 92ZS00 |
| Payment Terms: | Due on receipt |

**Bill To:**
Agent Provocateur Inc LA
na
 TX 30324
United States

**AMOUNT DUE:**    375.00 USD

Amount Remitted

For billing questions, please call: 800.638.0461

Original

| Line | Description | Quantity | Unit Amt | Net Amount |
|---|---|---|---|---|
| 1 | COBRA FEES - JUNE 2017 | 5.00 | 75.00 | 375.00 |
| | | | Subtotal: | 375.00 |
| | | | **AMOUNT DUE:** | 375.00 USD |



1100 San Leandro Blvd. #400  
San Leandro, CA 94577  
Phone 800.638.0461  
Fax 510.352.6480  
www.trinet.com

# INVOICE

The list below represents the active COBRA participants for the billing period on your invoice.

**Bill To:** Agent Provocateur Inc LA  
**Client ID:** 92ZS00  
**Billing Period:** June 2017

For billing questions, please call 800.638.0461.



TriNet HR Corporation
PO Box 1644
Tacoma, WA 98402-1644

# INVOICE

| | |
|---|---|
| Invoice: | CB023224 |
| Invoice Date: | 7/19/2017 |
| Page: | 1 of 1 |

**Payment Instructions:**
Please make check payable to TriNet HR Corporation and remit to the lockbox address referenced above. Please include a copy of your invoice with your check payment.

| | |
|---|---|
| Customer ID: | 930100 |
| Payment Terms: | Due on receipt |

**Bill To:**
Agent Provocateur LLC NV
The Forum Shops At Cesars
3500 Las Vegas Blvd Suite R18
Las Vegas NV 89109
United States

**AMOUNT DUE:**   375.00   USD

Amount Remitted

For billing questions, please call: 800.638.0461

Original

| Line | Description | Quantity | Unit Amt | Net Amount |
|---|---|---|---|---|
| 1 | COBRA FEES - JUNE 2017 | 5.00 | 75.00 | 375.00 |
| | | | Subtotal: | 375.00 |
| | | | **AMOUNT DUE:** | **375.00** USD |



1100 San Leandro Blvd. #400
San Leandro, CA 94577
Phone 800.638.0461
Fax 510.352.6480
www.trinet.com

# INVOICE

The list below represents the active COBRA participants for the billing period on your invoice.

**Bill To:** Agent Provocateur LLC NV
**Client ID:** 930100
**Billing Period:** June 2017

For billing questions, please call 800.638.0461.